# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America <br> v. <br> Tomas SANCHEZ <br> *Defendant(s)* | ) ) ) ) Case No.  25-MJ-3355 SCY ) ) ) ) |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 21, 2025__ in the county of __Cibola__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(B) | Possession with Intent to Distribute 40 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*J. Johnson*
*Complainant's signature*

Jack J. Johnson, HSI Special Agent
*Printed name and title*

Telephonically sworn and electronically signed.

Date: August 21, 2025

*Steve Yarbrough*
*Judge's signature*

City and state: Albuquerque, NM

The Hon. Steven C. Yarbrough
*Printed name and title*

## AFFIDAVIT

I, Jack J. Johnson, Special Agent with Homeland Security Investigations ("HSI"), being duly sworn, depose and state as follows:

1.  I am a law enforcement officer of the United States within the meaning of Title 18, United States Code (U.S.C.), Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code and other related offenses.

2.  I am a Special Agent ("SA"), Criminal Investigator with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), in Albuquerque, New Mexico, and have been employed as such since February of 2019. Prior to my employment with HSI, I was a United States Marine for four years as an infantryman, a Gaming Enforcement Agent with the Indiana Gaming Commission for two years and a United States Border Patrol Agent for over eight years. I successfully completed over 27 weeks of training at the Federal Law Enforcement Training Center in Brunswick, Georgia, to include the Criminal Investigator Training Program, and the Homeland Security Investigations Special Agent Training course.

3.  I have received extensive training and practical experience pertaining to federal criminal procedures, federal criminal statutes, United States immigration and nationality law, United States customs laws and regulations, and other federal and state laws pertaining to, but not limited to alien smuggling/human trafficking, fraudulent document manufacture and sales; the importation and distribution of controlled substances, firearms, commercial fraud, and conspiracy. I have also acquired knowledge and information about such offenses, and the various means and methods by which they are furthered from numerous sources, including formal and informal training from other law enforcement officers, investigators, and SAs; interviews of informants and arrestees; and interviews of other knowledgeable individuals.

4.  This affidavit is based on my observations and information obtained from other law enforcement sources. It does not set forth all of my knowledge related to this investigation. This affidavit is submitted in support of a criminal complaint charging Tomas SANCHEZ with the following violations:

    a. 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 40 Grams and More of a Mixture and Substance Containing a Detectable Amount of Fentanyl.

## PROBABLE CAUSE

5.  On August 21, 2025, in Cibola County, New Mexico, Homeland Security Investigations (HSI) Task Force Officer (TFO) Officer Rodriguez of the New Mexico State Police ("NMSP") conducted a traffic stop on a black 2020 Chevy Equinox with New Mexico license plate BZKN94.

6. As TFO Rodriguez observed traffic, the black Equinox followed too closely behind a commercial motor vehicle in front of it.

7. TFO Rodriguez, a K-9 officer with the NMSP, introduced himself to the four occupants of the Equinox from the driver's side window. The driver was David Garcia JAEHNKE. The front passenger was Tomas SANCHEZ. The rear passengers were Esperanza Lopez and Amanda Ortega Quintana. JAEHNKE (the driver) told TFO Rodriguez that they were coming from Flagstaff, AZ. JAEHNKE also stated that they had been there for three days enjoying the wildlife. TFO Rodriguez noticed that the driver was nervous. TFO Rodriguez spoke to one of the rear passengers, who stated they had been in Phoenix for seven days.

8. TFO Rodriguez asked the registered owner, Amanda ORTEGA Quintana, for consent to search the vehicle. She denied consent. TFO Rodriguez then deployed his certified K-9 for an open-air sniff of the vehicle.

9. The K-9 alerted to the rear of the vehicle. Officers then conducted a search of the vehicle.

10. In the rear area of the vehicle, in the space that would normally contain a small spare tire, officers found a bag that contained bundles.[1] A gun was also found in the same area.

11. Tomas SANCHEZ occupied the front passenger seat of the vehicle. During the search, officers noticed a safe in that part of the vehicle. A search of that safe revealed substances consistent with methamphetamine and fentanyl.

12. Agents field-tested and weighed the suspected fentanyl from that safe. The substance returned a positive result for fentanyl and methamphetamine, with 99.6 grams of the total testing positive for fentanyl and another 182.5 grams testing positive for fentanyl and methamphetamine.

13. In my training and experience, this quantity of fentanyl is consistent with distribution and inconsistent with personal use.

14. All of the events described above occurred in Cibola County, in the District of New Mexico.

---

[1] Agents later field-tested and weighed the substance from these bundles, which tested positive for methamphetamine and weighed approximately 3.87 kilograms.

15. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*J. Johnson*
Jack J. Johnson
Special Agent
Homeland Security Investigations

Telephonically sworn and electronically signed on August 21, 2025.

*Steve Yarbrough*
HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE
District of New Mexico

3