# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa, United States Magistrate Judge

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 25-MJ-3355 | UNITED STATES vs. SANCHEZ | |
| Hearing Date: | Tuesday, August 26, 2025 | Time In and Out: | 9:50 am – 10:02 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Pecos |
| Defendant: | Tomas Sanchez | Defendant's Counsel: | Irma Rivas |
| AUSA: | Timothy Piatt/Elaine Ramirez | Pretrial/Probation: | D. Garcia |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause    ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☐

### Custody Status

- ☒ Defendant remanded to the custody of United States Marshal's Service — Pending space available at La Pasada Halfway House
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☒ USA-proffer detention; PO-responds; Court-questions; FPD-proffers release; Court-findings