IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Cause Number MJ 25-3355 SCY

TOMAS SANCHEZ,

    Defendant.

## ORDER TOLLING SPEEDY TRIAL COMPUTATION

The Court having reviewed the foregoing document with the defendant in open court now finds that the ends of justice served by allowing the request to toll the speedy indictment computation outweigh the interest of the defendant and the public in a speedy indictment. The Court expressly finds that the public's interest in a speedy indictment is outweighed by (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense and law enforcement resources if the case proceeded to a preliminary examination and or a speedy indictment; and (3) the potential benefit conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that a period of time not to exceed an additional sixty (60) days, for a total of ninety (90) days, or November 19, 2025, is hereby excluded from the computation of a speedy indictment pursuant to 18 U.S.C. § 3161(h)(8)(A).

_____
UNITED STATES MAGISTRATE JUDGE